No. 11–717.   UTILITIES OPTIMIZATION GROUP, L. L. C. *v.* TIN, INC., DBA TEMPLE-INLAND.   C. A. 5th Cir.   Certiorari denied.

No. 11–744.   ALPHA DELTA CHI-DELTA CHAPTER, SAN DIEGO STATE UNIVERSITY, ET AL. *v.* REED, CHANCELLOR, CALIFORNIA STATE UNIVERSITY, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–758.   J. M. W. *v.* T. I. Z. ET AL.   Sup. Ct. Utah.   Certiorari denied.

No. 11–839.   ROJAS *v.* ROMAN CATHOLIC DIOCESE OF ROCHESTER ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 11–840.   DOE *v.* ROMAN CATHOLIC ARCHDIOCESE OF ST. LOUIS ET AL.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 11–846.   CHINA MINMETALS CORP. ET AL. *v.* ANIMAL SCIENCE PRODUCTS, INC.; and
No. 11–847.   SINOSTEEL CORP. ET AL. *v.* ANIMAL SCIENCE PRODUCTS, INC., ET AL.   C. A. 3d Cir.   Certiorari denied.   Reported below: 654 F. 3d 462.

No. 11–856.   KIRKLAND ET UX. *v.* WAYNE COUNTY, MICHIGAN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 11–858.   RABB *v.* CUYAHOGA METROPOLITAN HOUSING AUTHORITY.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 11–861.   SUMMITWOOD DEVELOPMENT, LLC, ET AL. *v.* ROBERTS ET AL.   App. Ct. Conn.   Certiorari denied.

No. 11–863.   SMITH *v.* FRIEDMAN ET AL.   Ct. App. Md.   Certiorari denied.

No. 11–865.   EDDINGTON *v.* TEXAS ET AL.   Sup. Ct. Tex.   Certiorari denied.

No. 11–867.   HOLKESVIG *v.* MOORE.   Sup. Ct. N. D.   Certiorari denied.